STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL JUSTICE DIVISION
Federal Habeas Corpus Section

Writer's Direct Telephone No.
(212) 416-8820

November 26, 2007

BY HAND
Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007

Re: Brown v. Perlman,
No. 07 Civ. 8672 (RMB) (AJP)

Your Honor:

**MEMO ENDORSED** 11/27/07

Extension to 12/21 approved, further extensions are unlikely.

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York. By agreement with the New York County District Attorney's Office, I will be representing respondent in this habeas corpus proceeding. I am writing to request a two-week extension to file my answer.

On October 18, 2007, Your Honor issued an order directing respondent to file answering papers by December 7, 2007. Upon receipt of that order, this office ordered the state court records and minutes in the case. I received the last of the records only this morning. For that reason, I am requesting a two-week extension, until December 21, 2007, to file my answer.

I thank the Court for its consideration.

Respectfully submitted,

Jodi A. Danzig (JD-8126)
Assistant Attorney General

cc: Mr. Leroy Brown
04-R-1507
c/o Queensboro Correctional Facility
47-04 Van Dam Street
Long Island City, New York 11101-3081

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: __November 27, 2007__                    Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| Jodi A. Danzig, Esq. | 212-416-8010 |
| | |
| | |

# TRANSCRIPTION:

**MEMO ENDORSED 11/27/07**

Extension to 12/21 approved.  Further extensions are unlikely.


Copies to:   Leroy Brown (Mail)
             Judge Richard M. Berman