UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEROY BROWN,

                Petitioner,               07   CIVIL 8672 (RMB)(AJP)

   -against-                            **JUDGMENT**

KENNETH S. PERLMAN, Superintendent,
Mid-State Correctional Facility,

                Respondent.               **SCANNED**
------------------------------------------------------------X

       Whereas on May 8, 2008, the Honorable Andrew J. Peck, United States Magistrate Judge, having issued a report and recommendation ("report") recommending that the petition for a writ of habeas corpus under 28 U.S.C. 2254 be denied, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, thereafter, on June 23, 2008, having rendered its Decision and Order adopting the report and denying the petition for a writ of Habeas Corpus, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 23, 2008, the report is adopted and the petition for a writ of habeas corpus is denied; accordingly, the case closed.

DATED: New York, New York
           June 24, 2008

                                             J. MICHAEL McMAHON
                                                Clerk of Court
                               BY:
                                                 Deputy Clerk.

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____